# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0015. KHOSROW DANESHGARI ET AL. v. PATRIOT TOWING SERVICES, LLC.**

Appellant's Emergency Motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/25/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*